UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BOLORMAA GANBAATAR,

                        Petitioner,

    vs.

CHAD WOLF, in his capacity as the Acting Secretary,
Department of Homeland Security,

                        Respondent.

**STIPULATION OF
DISMISSAL PURSUANT
TO FED.R.CIV.P 41(a)(1)(A)**

Civil Action No.:
20-CV-1492 (GTS/CFH)

**WHEREAS**, Petitioner Bolormaa Ganbaatar ("Plaintiff") filed this action seeking, among other things, a writ in the nature of mandamus requiring Defendant and/or his agents to process Plaintiff's Form I-130 – Petition for Alien Relative application to a conclusion;

**WHEREAS**, the parties seek to resolve this action without additional litigation, without the admission of liability by either party, and with Plaintiff and Defendant each bearing their own attorney's fees and costs.

**WHEREAS**, it is Plaintiff's understanding that Defendant intends to process Plaintiff's Form I-130 – Petition for Alien Relative application to a conclusion within sixty days should this action be voluntarily dismissed; and

**WHEREAS**, no party hereto is an infant or incompetent;

**IT IS HEREBY STIPULATED AND AGREED by and between the parties as follows:**

1. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that this action is discontinued without prejudice to any of Plaintiff's rights or remedies, including, without limitation, their right to reopen, re-file, or otherwise reinstate this action, and that each party should bear their own costs.

Dated: December 21, 2020
Albany, New York

FREDERICK P. KORKOSZ
*Attorney for Petitioner*

744 Broadway
Albany, New York 12207
(518) 813-9403

Dated: December 21, 2020
Albany, New York

ANTOINETTE T. BACON
Acting United States Attorney for the Northern
District of New York
*Attorney for Defendants*

By: John D. Hoggan, Jr.
John D. Hoggan, Jr.
Assistant United States Attorney
Bar Roll No. 511254
445 Broadway, Room 218
Albany, NY 12207-2924
Tel: (518) 431-0247

2

SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: December 23, 2020